```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SANDRA SILVERMAN                  :      CIVIL ACTION
                                  :
           v.                     :
                                  :
FORD MOTOR COMPANY                :      NO. 02-4678
```

O R D E R

      AND NOW, this 4th day of November, 2002, upon review of the record, the Court notes that service of the Complaint was made upon Defendant on October 8, 2002.  The court further notes that a pleading has not been filed in the above-captioned action in response to the Complaint.  If a Request for Default is not filed on or before November 18, 2002, the Court may enter an Order dismissing the case against the above-named Defendant for lack of prosecution.

                                          BY THE COURT:

                                          _____
                                          JOHN R. PADOVA, J.