IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Sandra D. Silverman | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-4678 |
| Ford Motor Company | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Tuesday, March 18, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

    Michael E. Kunz
    Clerk of Court

By:_____
Tashia C. Irving
Deputy Clerk
Phone: 267-299-7071

Date: December 18, 2002

Copies:    Andrea Mack, Courtroom Deputy to Judge John R. Padova
           Docket Clerk - Case File

        Counsel:    Craig Thor Kimmel, Esq.
                         Robert Rapkin, Esq.
                         Paul K. Russell, Esq.

ARB2.FRM