IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA SILVERMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FORD MOTOR COMPANY | : | N0. 02-4678 |

### ORDER

AND NOW, this 5th day of February, 2003, upon consideration of the Stipulation of Dismissal filed by the parties, **IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS FURTHER ORDERED** that the Clerk mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
John R. Padova                    J.